IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RICK TWILLEAGER,

                                  Civil No. 10-1167-AC

        Plaintiff,

     v.                                     ORDER

RDO VERMEER, LLC, doing
business as Vermeer Pacific,
RDO EQUIPMENT CO.,
IKE MALSON,

        Defendants.


MARSH, Judge.

      Magistrate Judge John V. Acosta filed his Findings and Recommendation on April 1, 2011.  The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ P. 72(b).  No objections have been timely filed.  This relieves me of my obligation to give the factual findings _de novo_ review.  See §636(b)(1)©; Simpson v. Lear Astronics Corp., 77 F.3d 1170, 1174-5 (9th Cir. 1996).  Having reviewed the legal principles _de novo_, I find no error.

Accordingly, I ADOPT Magistrate Judge Acosta's Findings and Recommendation #30. Defendants' Amended Motion to Compel Arbitration and Stay Proceedings (#16) is DENIED.

IT IS SO ORDERED.

DATED this 28 day of April , 2011.

/s/ Malcolm F. Marsh
Malcolm F. Marsh
United States District Judge

2 - ORDER